IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUANITA GARCIA,

    Plaintiff,

v.                                      No. 1:12-CV-00383-LH-RHS

THE CITY OF FARMINGTON,

    Defendant.

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S BREACH OF SETTLEMENT AGREEMENT CLAIM

Defendant, the City of Farmington (the "City"), respectfully requests that this Court, pursuant to Fed. R. Civ. P. 56, enter summary judgment in their favor as to Plaintiff's breach of settlement agreement claim. As discussed more fully in the Defendant's contemporaneously filed memorandum brief in support, the undisputed material facts establish that Defendants complied with the terms of the settlement agreement and there has been no material breach. Absent any breach, of course, any claim for breach of settlement agreement fails as a matter of law. Thus, dismissal of this claim is appropriate. Because of the dispositive nature of this motion, concurrence of opposing counsel was not sought.

                              MODRALL, SPERLING, ROEHL, HARRIS
                                  & SISK, P.A.

                            By: ____*/s/ Lorena Olmos*_____
                                Brian Nichols
                                Lorena Olmos
                                Attorneys for Defendant
                                Post Office Box 2168
                                Bank of America Centre
                                500 Fourth Street NW, Suite 1000
                                Albuquerque, New Mexico  87103-2168
                                Telephone: 505.848.1800

WE HEREBY CERTIFY that a true and correct copy of the foregoing pleading was mailed to all counsel of record this   14th   day of November, 2013.

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.


By:   */s/ Lorena Olmos*
    Lorena Olmos


W2030320.DOCX