# JOB DESCRIPTION
## CITY OF FARMINGTON

**JOB TITLE:** Operations Technician – Trainee I

**PAY CLASS:** U-10 - Non-Exempt      Rotating Shift Work

**DEPARTMENT/DIVISION:** Electric/Power Plant

**LATEST REVIEW DATE:** 9/08

**PERSONNEL REVIEW:**
**DEPARTMENT REVIEW:** M. Sims

## JOB DUTIES

**ESSENTIAL DUTIES:**

Works under the supervision of the Generation Superintendent and is directed by the Operations Technician.

Assists in starting and stopping equipment, pumps, boilers, turbines.

May be assigned to work in maintenance during plant shut down for overhaul of plant equipment.

Operates a variety of power and maintenance equipment

Required to perform shift work in a rotation of days, evenings, and nights including weekends and holidays.

Expected to complete training for advancement to the position of Operations Technician – Trainee II, with eventual promotion to Operation Technician.

When necessary, may be assigned to temporarily perform a variety of unskilled or semi-skilled maintenance work, and operates a variety of equipment in the construction, operation, repair, maintenance, and replacement of equipment at the City owned and operated power plants.

Performs routine inspection on assigned equipment and refers defects or needed repairs to supervisor; cleans equipment.

Performs all duties in conformance to appropriate safety and security standards, and labor agreement terms.

EXHIBIT C

Job Description - Operations Technician – Trainee I


EXHIBIT NO. 2
9-23-13
J. K. SIMS, CR #12

GARCIA/COF 000080