# JOB DESCRIPTION
## CITY OF FARMINGTON

**JOB TITLE:** Operations Technician – Trainee II

**PAY CLASS:** U-6 - Non-Exempt        Rotating Shift Work

**DEPARTMENT/DIVISION:** Electric/Power Plant

**LATEST REVIEW DATE:** 9/08        **PERSONNEL REVIEW:**
                                    **DEPARTMENT REVIEW:** M. Sims

## JOB DUTIES

### ESSENTIAL DUTIES:

Works under the supervision of the Generation Superintendent and is directed by the Operations Technician.

Assists in starting and stopping equipment, pumps, boilers, turbines.

Fills vacancies in operations during absences created by vacations or illness depending on level of knowledge. .

May be assigned to work in maintenance during plant shut down for overhaul of plant equipment.

Operates a variety of power and maintenance equipment

Required to perform shift work in a rotation of days, evenings, and nights including weekends and holidays.

Expected to complete training for advancement to the position of Operation Technician.

When necessary, may be assigned to temporarily perform a variety of unskilled or semi-skilled maintenance work, and operates a variety of equipment in the construction, operation, repair, maintenance, and replacement of equipment at the City owned and operated power plants.

Performs routine inspection on assigned equipment and refers defects or needed repairs to supervisor; cleans equipment.

**EXHIBIT D**

Job Description - Operations Technician – Trainee II



EXHIBIT NO. 3
9-23-13
J. K. SIMS, CR #12

Performs all duties in conformance to appropriate safety and security standards, and labor agreement terms.

Performs required labor involved in operations and maintenance projects.

NON-ESSENTIAL DUTIES:

May serve on various employee committees, as required and assigned.

The duties listed above are intended only as illustrations of the various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is similar, related or a logical assignment to the position.

## QUALIFICATIONS

This position is subject to the City's Drug and Alcohol Free Workplace Program. This includes: pre-employment testing, post-accident testing, reasonable suspicion testing, return-to-duty testing, and follow-up testing.

Valid New Mexico driver's license with acceptable driving record for the past three years.

Extensive background checks required.

High school diploma or equivalent required.

**Must have successfully completed an industry recognized 2 year process operator training program and completed two (2) years as an Operations Technician – Trainee I. Must pass a qualifications test for advancement from Trainee I to Trainee II.**

Ability to work a rotating shift and weekends.

Ability to work with others and follow directions from supervisor.

Must have a telephone at residence and be willing to be on 24 hour call; must be able to be at the Power Plant within thirty minutes after receiving a call.

Ability to perform heavy manual tasks for extended periods of time.

Ability to work safely.

Ability to communicate effectively verbally and in writing.

Job Description - Operations Technician – Trainee II