# JOB DESCRIPTION
## CITY OF FARMINGTON

**JOB TITLE:** Operations Technician I

**PAY CLASS:** U-5 - Non-Exempt          Rotating Shift Work

**DEPARTMENT/DIVISION:** Electric Utility/Power Plant

**LATEST REVIEW DATE:** 11/11          **REVIEWED BY:** T. Swenk
                                        **DEPARTMENT REVIEW:**

## JOB DUTIES

ESSENTIAL DUTIES:

Operates the generation units at the Animas, Bluffview, and Navajo Electric Generation plants.

Operates gas and steam turbines, auxiliaries and switchboards; various control systems including, but not limited to: Distributed Control System (DCS) and Supervisory Control and Data Acquisition (SCADA) systems.

Works under the supervision of the Generation Superintendent.

Administers the Power Plant Red Tag Clearance procedure and assures, to the best of his or her ability, that the procedure is followed.

Directs the activities of the Operations Technicians Trainees.

Collects and analyzes data, and monitors and controls the operations for the Animas, Bluffview and Navajo units including making necessary adjustments to plant operating parameters.

Identifies and logs operational conditions and takes necessary corrective action.

Monitors conditions throughout plant by physical inspections and takes remedial measures to correct abnormalities.

Notifies supervisor promptly of all abnormal conditions and defective equipment.

Memorizes all normal instrumentation readings.

Monitors steam, combined cycle, and hydroelectric performance and efficiency.

Job Description – Operations Technician - I





GARCIA/COF 000510

Operates switchboard to energize or de-energize systems or components.

Performs shift work in a rotation of days, evenings and nights, including weekends and holidays.

Completes training as an Operations Technician II for advancement to the position.

Performs all duties in compliance with safety and security rules, standard operating procedures and labor agreement terms.

Cleans generating equipment surfaces, floor panels, switchboards and auxiliary equipment located on turbine floor and bathrooms.

NON-ESSENTIAL DUTIES:

Performs the duties as assigned, by the Generation Superintendent.

Serves as a member of various employee committees, as assigned.

The duties listed above are intended only as illustrations of the various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is similar, related or a logical assignment to the position.

## QUALIFICATIONS

This position is subject to the City's Drug and Alcohol Free Workplace Program. This includes: pre-employment testing, post-accident testing, random testing, reasonable suspicion testing, return-to-duty testing, and follow-up testing.
**A pre-employment physical and or drug/alcohol test is required for this position.**

**Extensive background checks required.**

Baseline and annual audiogram required.

Valid New Mexico Driver's License required with acceptable driving record for past three years.

High school diploma or equivalent required.

Must satisfactorily complete and pass a written and hands-on skill test for the position.

Work a rotating shift that includes weekends and holidays.

Must have a telephone at residence and be willing to be on 24 hour call; must be able to be at the

Job Description – Operations Technician - I

power plant within thirty minutes after receiving a call.

Minimum of three (3) years combined cycle or co-generation experience (including combustion turbines) as a journeyman level Operations Technician or equivalent or a minimum of three (3) years experience as a FEUS Operations Technician – Trainee is required. Similar experience and/or training may be considered.

Hydro-Electric generation operation experience is desired but not required.

This position requires knowledge to operate at least one of the utility's combined cycle plants as a one man crew with no assistance.

Comprehensive knowledge of purpose and principles of operating mechanical and electrical equipment within the power plant including pumps, compressors and generators.

Knowledge of emission and pollution control systems.

Perform job duties safely and efficiently.

Communicate effectively verbally, in writing, and electronically.

Understand and carry out written and oral instructions.

Participate in and successfully complete job related training to improve job understanding and performance.

Establish and maintain working relationships with co-workers, supervisors, other City personnel and the public.

Operate tools and equipment listed.

## TOOLS AND EQUIPMENT USED:

Turbine generators, switchgear, heat recovery steam generators, boilers, pumps, compressors, steam lines and related apparatus, valves, compressed air systems, water and transfer systems, fans, cooling tower, oil systems and lines, heat exchangers, traveling screens, computer, fire systems, hydraulic systems and telephone and other equipment common to electric production. Hand tools including wrenches and screw drivers.

PHYSICAL DEMANDS:

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable

Job Description – Operations Technician - I

GARCIA/COF 000512

accommodations may be made to enable individuals with disabilities to perform the essential functions.

The employee is required to perform shift work in a rotation of days, evenings and nights including weekends and holidays.

While performing the duties of this job, the employee is frequently required to stand, climb and descend stairs; walk; use hands to finger, handle, feel or operate objects, tools, or controls; and reach with hands and arms. The employee is frequently required to sit; climb or balance; stoop, kneel, crouch, or crawl; talk or hear. Employee is occasionally required to smell.
The employee must frequently lift and/or move up to 25 to 55 pounds and must request additional assistance or use mechanical assistance when attempting to lift and/or move items weighing greater than 55 pounds. Specific vision abilities required by this job include close vision, distance vision, color vision, peripheral vision, depth perception, and the ability to adjust focus.

WORK ENVIRONMENT:

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee occasionally works in outside weather conditions. The employee frequently works near moving mechanical parts and is frequently exposed to wet and/or humid conditions, extreme heat, and vibration. The employee is occasionally exposed to risk of electrical shock.

The noise level in the work environment is usually loud.

REQUIRED OPERATIONS TRAINING:

Must satisfactorily complete training programs, on the job training and other prescribed training leading to qualification as an Operations Technician II.

Job Description – Operations Technician - I

*Juanita Garcia* 12-04-12

GARCIA/COF 000513