RECEIVED
MAR 15 2012
Personnel Dept.

# CANDIDATE ASSESSMENT

APPLICANT: KAREN REYES

POSITION/JOB#: Operations Technician I #9

INTERVIEW DATE: 3/14/12

---

Written Test = 60%
150 - 60 = 90 / 150 = .60 x 100 = 60 % x .6 = 36

Interview = 40%
100 - ___ = 88 / 100 = 88 x 100 = ___ % x .4 = 35.2

### TOTAL COMPOSITE SCORE 71.2

____ I do not recommend this applicant be hired.

____ Please place on hiring list (if applicable).

✓ I recommend this applicant be hired at $36.1379 per hour beginning ASAP.

This applicant should report to _____ at _____.
                                    (Supervisor)                   (Work Location)

Account #: _____, Hours/Shift _____

SIGNED _Bial D Chumant_ (Interviewer), DATE: 3/14/12

SIGNED _Richard Mills_ (Interviewer), DATE: 3/14/12

SIGNED _____ (Interviewer), DATE: _____

SIGNED _____ (Division Head), DATE: 3/15/12

SIGNED _____ for MGR (Department Head), DATE: 3/15/12

SIGNED _____ (Personnel Representative), DATE: 3/15/12

EXHIBIT L