Page 5

1  answer and I'll give you that same courtesy; I'll try not
2  to step on your answers. And that way the court
3  reporter's job is much, much easier.
4      A.   I'm good with that.
5      Q.   And you have to give verbal responses to my
6  questions because a lot of times we shake a head, we say
7  "uh-huh," "huh-uh," those kind of things, it really
8  doesn't show up on the transcript. If you do do that
9  I'll try to remind you, all right?
10     A.   I'm good with that.
11     Q.   Who are you currently employed by?
12     A.   City of Farmington.
13     Q.   And when were you hired by the City of
14 Farmington?
15     A.   April of last year.
16     Q.   2012?
17     A.   Yeah, I think so.
18     Q.   Okay. And into what position were you
19 hired?
20     A.   Operations Tech I.
21     Q.   And when you were hired by the City did you
22 have a background in power plant operations?
23     A.   No.
24     Q.   And who was your employer prior to the City?
25     A.   Targa Resources and Conoco Phillips.

Page 6

1      Q.   And how do you spell Targa?
2      A.   T-A-R-G-A.
3      Q.   And are both of those companies based out of
4  Farmington?
5      A.   They are both based out of Houston, I
6  believe.
7      Q.   Okay. But you worked out of Farmington?
8      A.   Correct.
9      Q.   And what was your job title with Targa
10 Resources?
11     A.   Operations Tech I.
12     Q.   And was that in a power plant?
13     A.   It was not a power plant.
14     Q.   What was it?
15     A.   It was a gas processing facility.
16     Q.   And when you say "a gas processing facility"
17 exactly what was done there with regards to processing?
18     A.   We take -- we took gasified natural gas,
19 changed its temperature and pressures to extract liquids
20 out of the gas stream. Liquids being ethane, propane,
21 butane.
22     Q.   And is that process similar to the power
23 generation process at the City of Farmington's power
24 plants?
25     A.   Similar in that you're dealing with

Page 7

1  pressures and temperatures. Dissimilar in that it's very
2  much more complicated.
3      Q.   The Targa Resources job?
4      A.   Uh-huh.
5      Q.   Is very much more complicated?
6      A.   Very much more complicated.
7      Q.   And how is that, Mr. John?
8      A.   You're dealing with distillation towers,
9  you're dealing with electrical generation, you're dealing
10 with a lot more pumps, you're dealing with cryogenics
11 towers, you're dealing with very complicated heat
12 exchangers, unlike the very simple ones that we deal with
13 here.
14     Q.   And when you were hired into that Ops Tech I
15 position --
16     A.   Which Ops Tech I position?
17     Q.   The one with the City.
18     A.   Okay.
19     Q.   Did you take a test?
20     A.   I did.
21     Q.   And was that hands-on and written?
22     A.   It was written.
23     Q.   And do you know what a validated test is?
24     A.   I do.
25     Q.   And was it a validated test?

Page 8

1      A.   As far as I know.
2      Q.   And whenever you became an employee did you
3  receive a $25,000 bonus?
4      A.   I did.
5      Q.   And the job with Conoco Phillips, what did
6  you do in that position?
7      A.   I was a Maintenance Tech II.
8      Q.   And --
9      A.   And I was certified to operate the facility
10 also as a Relief Operator.
11     Q.   And what kind of facility was that?
12     A.   A gas processing facility also.
13     Q.   And for how long a period of time were you
14 employed by Targa Resources?
15     A.   Two years roughly.
16     Q.   As an Ops Tech I?
17     A.   Uh-huh.
18     Q.   That's a "yes"?
19     A.   Yes.
20     Q.   And how long were you employed as a Relief
21 Operator Maintenance Tech II with Conoco Phillips?
22     A.   I moved up into both positions, so I was a
23 grand total of four years with Conoco Phillips. And then
24 previous to that I had contracted to them in the same
25 plant for a year. And so I started out as a Maintenance

2 (Pages



EXHIBIT m