## Page 29

1  A. Ops Tech II. Yes, I have.
2  Q. You have?
3  A. Yes.
4  Q. When did you test?
5  A. I don't know the exact date. I would say
6  that it was approximately about a year-and-a-half ago.
7  Q. So early 2012, late 2011?
8  A. I would say September or October 2011.
9  Q. Okay.
10 A. My anniversary date was possibly could be
11 December of 2011. That was my anniversary date.
12 Q. Prior to testing into the Ops Tech I
13 position, did you have an opportunity to review the test
14 before you took it?
15 A. I was shown the written test, yes.
16 Q. And who showed you the written test?
17 A. It was Dale Dirk --
18 Q. Okay.
19 A. -- was the supervisor then.
20 Q. All right. And did he review the material
21 that was on the test with you?
22 A. Not reviewed. Just for me to look at it,
23 see what I've missed.
24 Q. Oh. So this was after you had already taken
25 the test?

## Page 30

1  A. Yes.
2  Q. But prior to taking the Ops Tech I test you
3  didn't have an opportunity to review it, did you?
4  A. No.
5  Q. And prior to taking the Ops Tech II test did
6  you have an opportunity to review that test?
7  A. No.
8     MR. MOZES: Those are all the questions I
9  have.
10    MS. OLMOS: We'll read and sign.
11    (Off the record at 9:40 a.m.)

## Page 31

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, please indicate them below.

PAGE    LINE

_____ Change to _____
_____ Change to _____
_____ Change to _____
_____ Change to _____
_____ Change to _____

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

PAGE    LINE    CORRECTION    REASON FOR CORRECTION

I, EMMANUEL JOHN, do hereby certify that I have read the foregoing transcript of my deposition taken on September 26, 2013, and that it is a true and correct record of my testimony given at that time, except as to any corrections submitted.

_____   _____

## Page 32

THE STATE OF NEW MEXICO :
COUNTY OF BERNALILLO    :

BE IT KNOWN that the foregoing transcript of proceedings was taken by me; that I was then and there a Certified Court Reporter and Notary Public in and for the County of Bernalillo, State of New Mexico, and by virtue thereof, authorized to administer an oath; that the witness before testifying was duly sworn by me; that the foregoing 31 pages contain a true and accurate transcript of the proceedings, all to the best of my skill and ability.

BE IT FURTHER KNOWN that examination of this transcript and signature of the witness was requested by the witness and all parties present. On _____, a letter was mailed or delivered to Ms. Lorena Olmos regarding obtaining signature of the witness.

I FURTHER CERTIFY that I am neither employed by nor related to nor contracted with (unless excepted by the Rules) any of the parties or attorneys in this case, and that I have no interest whatsoever in the final disposition of this case in any court.

JEANNINE K. SIMS, CSR, RPR
NM Certified Court Reporter #12
License expires: 12/31/13
Paul Baca Court Reporters
500 Fourth Street, NW, Suite 105
Albuquerque, New Mexico 87102

EXHIBIT N