January 19, 2009

City of Farmington
Personnel Department
850 Municipal Drive
Farmington, NM 87401-2663

To Whom It May Concern:

RE: Operations Technician – Trainee I
Position No. 7

Attached please find my application for employment for the Operations Technician Trainee I, Position No. 7. Also attached are my personal resume and education records for your review and consideration.

My long-term objective includes obtaining a leadership position in an organization where I can lead my team successfully into the future. I constantly strive for excellence and present a professional attitude at all times in a diverse work culture. Multi-tasking is my forte; I thrive on challenge.

As a short summary of my qualifications, I have twenty-eight (28) years of power plant experience involving operations including office work and operator duties. I worked my way up from a secretarial position via operator training classes as they became available, and advanced from Fuel Handler to Auxiliary Operator to Operations Technician on five (5) different fossil generation units. I have also cross-trained and performed mechanical maintenance work. Upon review of my education records, you will note many courses taken to enhance my career and develop people skills. For approximately twenty-four years, I have utilized my Technical writing skills to research and develop documents, implement training and mentor fellow employees. As an Adjunct Instructor at San Juan College School of Energy, I enjoyed participating in the Industrial Process Operator Program. I have served in varied capacity on safety committees, as union officer, union representative, and clearance administrator.

Through employment with my current employer since February 13, 1981 I have reaped many benefits from a very challenging, rewarding career. Unfortunately, at the present time, the opportunity for advancement does not present itself either now or in the near future. Therefore, I am seeking other avenues in which to challenge myself and reach full potential. Although I have many years of experience as an operator, I realize that there is a lot to learn in any power plant to become familiar with the equipment and operate in a safe manner, so the Operations Technician Trainee position will be a natural place to start.

I look forward to hearing from you soon regarding an interview for employment. Thank you for considering me for this position.

Yours truly,

*Juanita Garcia*

**Juanita Garcia**
25 CR 5285
Bloomfield, NM 87413
(505)632-0248 home
(505)801-5144 cell
E-mail: garciaqhranch@yahoo.com



EXHIBIT
O

Garcia
EXHIBIT NO. 1
9-23-13
J. K. SIMS, CR #12

GARCIA/COF 000317