

**CITY OF FARMINGTON, NEW MEXICO**
**ELECTRIC ADMINISTRATION**
**Maude Grantham-Richards**
**Electric Utility Director**
101 N Browning Parkway
Farmington, NM 87401
(505) 599-1165
Fax (505) 599-8323

April 5, 2012

Ms. Juanita Garcia
25 County Road 5285
Bloomfield, NM 87413

Dear Ms. Garcia:

My understanding is that you did not pass the written portion of the test which you took April 3, 2012. You will be allowed to retest the first workday after October 3, 2012, six months from this week's test.

Per our procedure, we will not administer the practical start-up test until such time as you pass the written test. In the meantime, you will be able to participate in Animas start-ups and also review the modules and their test questions to assist you in passing the test the next time. As a reminder, only one re-test opportunity will be provided.

As it relates to the written test itself, as you are aware, the test is validated through GPiLearn. We do not review the test nor do we have any influence over what questions are asked on the test. The test is directly related to the modules you have studied to learn how to operate a gas combined-cycle generating unit and the questions on that test are questions asked upon completion of each module. Mr. Swenk, our Senior HR Business Partner, is not in a position to debate the questions or change the answer key to the test and neither are we.

As stated in the bargaining agreement between the IBEW and the utility, the IBEW has the option to review the test prior to its admission and to make suggestions for change. The IBEW did not choose to exercise that option.

If you disagree with our position, the agreement provides a process for you to follow.

I encourage you to study and redo modules as necessary to ensure your success the next time you take the test and to continue your hands-on training as well.

Sincerely,

*[signature]*

Maude Grantham-Richards
Electric Utility Director
Farmington Electric Utility System

cc:   Mike Sims, Generation and System Control Manager
      Tom Swenk, Senior HR Business Partner



EXHIBIT P

GARCIA/COF 000466