# CANDIDATE ASSESSMENT

RECEIVED
DEC 03 2012
Personnel

CANDIDATE: Juanita Garcia – Ops tech I

DATE: 11/29/2012

---

Written Test = 60%

150 - _____ = 121 / 150 = 80.6 x 100 = 81 % x .6 = 48.6

Oral interview/Hands on skills test = 40%

133 - _____ = 115 / 133 = 86.4 x 100 = 86.4 % x .4 = 34.4

TOTAL COMPOSITE SCORE  83

SIGNED _Richard Miller_____, DATE: 11-29-12
       (Interviewer)
SIGNED _Buck O. Chumm_____, DATE: 11/29/2012
       (Interviewer)
SIGNED _____, DATE: _____
       (Interviewer)
SIGNED _Michael N Sigur_____, DATE: 12/3/12
       (Division Head)
SIGNED _Michael N Sigur_____, DATE: 12/3/12
       (Department Head)
SIGNED _Thom J Lunch_____, DATE: 11-29-12
       (Personnel Representative)

EXHIBIT
tabbies
Q