Page 17

1  MR. MOZES: Sure. Let's do it right now.
2  MS. OLMOS: We can go off the record,
3  Jeannine, while we do that.
4  (Break from 4:00 to 4:08.)
5  Q. (BY MS. OLMOS) Okay. I'm handing you
6  what's been marked as Exhibit Nos. 2, 3, 4, and 5. And
7  could you go through those in turn and tell us what they
8  are.
9  A. They are job postings for the Operations
10 Technician I position. Exhibit No. 2 is the No. 120
11 opening. Exhibit No. 3 is the No. 1. Exhibit No. 4 is
12 Position No. 80. And Exhibit No. 5 is Position No. 9.
13 Back to 200 -- do you want me to give dates to the best
14 of my knowledge or --
15 Q. Yes.
16 A. Position No. 120 was opened in late 2010 and
17 closed January 14th, 2011. Position No. 1, Exhibit
18 No. 3, was open until February 4th, 2011. Exhibit No. 4,
19 Job No. 80, was open in -- open until filled. I believe
20 was the end of 2011. And then Exhibit No. 5, Position
21 No. 9, was open until filled in 2012, I believe.
22 Q. Why is -- sorry. Did Ms. Garcia apply for
23 these positions?
24 A. Yes, she did.
25 Q. On the Exhibit No. 2, Position No. 120,

Page 18

1  Exhibit No. 3, was that position filled?
2  A. I don't believe so. I don't know for
3  certain.
4  Q. I'm going to show you what was previously
5  marked as Exhibit No. 1 to Richard Miller's deposition.
6  Are you familiar with that document?
7  A. Yes, I am.
8  Q. What is it?
9  A. Farmington Electric Utility System Hiring
10 and Promotional Testing Process.
11 Q. Was this policy in place when Ms. Garcia
12 took her Operations Technician I test in April of 2012?
13 A. Yes, it was.
14 Q. Do you know which portion of the policy
15 found at Exhibit No. 1 to Mr. Miller's deposition applied
16 to Ms. Garcia?
17 A. The training program testing criteria.
18 Q. So in order for Ms. Garcia to obtain the
19 Operations Technician I position, she would have to meet
20 the requirements for the written tests set forth in the
21 program -- I'm sorry, training program testing paragraph
22 of Exhibit No. 1 to Mr. Miller's deposition?
23 A. Yes.
24 Q. With regards to the job postings marked as
25 Exhibits No. -- Exhibit No. 2 to your deposition, do you

Page 20

1  know whether there were any applicants other than
2  Ms. Garcia?
3  A. Yes, there were.
4  Q. Were there -- were there any other
5  applicants for Position -- I'm sorry, for Position No. 1
6  reflected in Exhibit No. 3 to your deposition?
7  A. I'm sorry. Could you repeat that question.
8  Q. Were there any other applicants for Position
9  No. 1 reflected in Exhibit No. 3 to your deposition?
10 A. Yes, there were.
11 Q. And were there applicants in addition to
12 Ms. Garcia who were also not qualified to fill the
13 requirements for that --
14 A. Yes --
15 Q. -- position?
16 A. -- there were.
17 Q. With regard to the job posting, Job Position
18 No. 80 in Exhibit No. 4 to your deposition, were there
19 applicants other than Ms. Garcia for that position?
20 A. Yes, there were.
21 Q. Were there applicants other than Ms. Garcia
22 who were also not qualified for that position?
23 A. Yes, there were.
24 Q. With regard to Position No. 9 in Exhibit
25 No. 5 to your deposition, were there applicants other

Page 21

1  than Ms. Garcia for that job?
2  A. Yes, there were.
3  Q. Were there applicants that like Ms. Garcia
4  were not qualified to fill that job?
5  A. Yes, there were.
6  Q. Were the applicants -- the applicants for
7  those positions; for Position No. 9, 80, and No. 1, were
8  those -- did they also have coal plant -- coal power
9  plant experience?
10 A. Yes, they did.
11 Q. And based on their applications did they
12 have combined cycle experience?
13 A. I don't know that. No, I don't believe so.
14 Q. Would you say there was more than -- more
15 than a handful of applicants from APS, Arizona Public
16 Service?
17 A. Yes, there was.
18 Q. Do you have an estimate on how many
19 applicants there were from the -- from APS?
20 A. Total for all positions or in each one?
21 Q. Break it down for me if you have an estimate
22 per.
23 A. I think --
24 Q. Just a range.
25 A. Yeah. Roughly ranging from seven to 20.

EXHIBIT R