# Farmington Electric Utility System

**Hiring and Promotional Testing Process**

**Purpose:**

The purpose of this policy is to ensure consistent treatment throughout the Farmington Electric Utility's personnel when testing is part of the hiring and promotional process.

**Policy:**

It is the City Manager's directive that all written tests used in the hiring and promotional process shall be validated by an outside agency.

**Responsibility:**

Electric Utility Director
Division Managers
Supervisors and Superintendents

**Procedure:**

**Validated Testing**

The term validated, as used in this procedure, shall mean a test prepared by an outside consultant who specializes in preparing validated tests or shall mean tests supplied by an outside entity providing on-site or on-line training as part of an in-house employee training program.

As a result of using validated tests, which removes a division's ability to screen questions given to applicants but assures non-biased questions, the following guideline shall be followed when administering, scoring, and evaluating test scores.

1. **Training Program Testing**

    Testing given to employees to determine successful completion of a structured in house training program such as apprenticeship program training or operator trainee program training shall require validated tests as defined above. The tests shall be administered to apprenticeship and trainee positions at the completion of their second and third year and to apprentices at the completion of each of each of their four (4) years. These tests will be provided by the organization providing the training such as the on-site or on-line training entity or by a qualified outside testing service. Successful completion of this testing process shall require a minimum composite score of 70% or above. Composite weighting shall normally consist of a written validated test with a 60% weight and an oral or practical interview with a 40% weight. In the case of apprenticeship training, the test may be a written test, a practical test or a combination as determined by the apprenticeship committee. Under any scenario of training program testing, a score of 70% or greater is required on the written test for successful completion[i].

EXHIBIT
S

EXHIBIT NO. 8
9-23-13
J. K. SIMS, CR #12

GARCIA/COF 000957

1

Any employee not achieving the required score will be given one opportunity to retest six (6) months from the date of the first test. Not achieving the required score on the second test will terminate the employee's employment with the City of Farmington Electric Utility.

2. **Promotional Testing**

   Testing given to employees to determine qualification for promotion shall require validated tests as defined above. These tests will be provided by an outside consultant who specializes in preparing validated tests or, depending on position, may be provided by the on-line training entity providing the in-house training. Successful completion of this testing process shall require a minimum composite score of 65% or above. Composite weighting shall consist of a written validated test with a 60% weight and an oral interview/practical with a 40% weight. Under any scenario of promotional testing, a score of 50% or greater is required on the written test for successful completion.

   Any employee not achieving the required score will be given one opportunity to retest six (6) months from the date of the first test. Not achieving the required score on the second test will terminate the employee's employment with the City of Farmington Electric Utility.

3. **Testing for Outside Applicants**

   Testing given to outside applicants to determine qualification for hire shall require validated tests as defined above. These tests will be provided by an outside consultant who specializes in preparing validated tests specific to the industry or, depending on position, may be provided by the on-line training entity. Successful completion of this testing process shall require a minimum composite score of 65% or above. Composite weighting shall normally consist of a written validated test with a 60% weight and an interview/practical with a 40% weight. Under any scenario of testing for outside applicants, a score of 50% or greater is required on the written test for consideration to hire.

**Effective Date:**
This policy / procedure shall be effective upon signature by the Electric Utility Department Director.

*Maude Grantham-Richards*

_____
Maude Grantham-Richards

Original: March 1, 2011
Revision: March 23, 2011

---

[i] Testing requirements for the apprenticeship program are subject to approval by the Apprenticeship Committee.