Page 54

```
 1        Ms. Garcia makes reference to Bryson Ahkeah
 2   taking a bottle from the fridge at Bluffview. "He waved
 3   it at me and smiled. I asked what he wanted. He said,
 4   'You know, you're Mexican. Read the bottle.' It said,
 5   'El Jarrito.' I told him I'm not Mexican. He argued
 6   and said, "Oh, yes, you are. You're Mexican.' I told
 7   him, 'I'm Spanish and Italian.' He said, 'No, you're
 8   Mexican. What's the difference?'"
 9        So my question to you, just with regards to
10   that one, is it your testimony on the record that Bryson
11   Ahkeah never had this conversation with Ms. Garcia?
12     A.  All I can say, based upon the interviews that
13   we conducted, is he did not recall that conversation.
14   And if you look under Mr. Camrud, which we also
15   interviewed, he did not recall that, either.
16     Q.  So neither one of these witnesses, neither
17   Bryson Ahkeah nor Mark Camrud, ever said that did not
18   happen? They just simply said, "I do not recall"?
19     A.  That's correct.
20     Q.  And then we go down. "When the newspaper had
21   a story about Arizona lawmakers addressing undocumented
22   immigrants, Bryson and Tom Jones and Damon were at
23   Bluffview control room. Tom said, 'You better have your
24   green card.' Bryson said, 'You better not go to
25   Arizona. They won't let you come back. They'll send
```

Page 55

```
 1   you back with your people.' They were all three
 2   laughing. Tim Caywood said, 'That's profiling. That's
 3   wrong.'" And the witness was Tim Caywood.
 4        So is it also your testimony on this record
 5   that that conversation never occurred?
 6     A.  No, it isn't.
 7     Q.  Is it your testimony that that conversation
 8   did occur?
 9     A.  I think -- if you'll look at my notes, I
10   think it has something about this conversation. I
11   believe the conversation was between the three
12   gentlemen.
13     Q.  Had any of them ever lived in Arizona, that
14   you're aware of?
15     A.  My understanding, I believe -- actually, I'm
16   not sure if Bryson did or not. I believe he lived on
17   the reservation, but I can't tell you whether it was in
18   New Mexico or Arizona.
19     Q.  If you go to the back of page 5, you'll see
20   under Tim Caywood on 7/12, it says, "Green card, Arizona
21   immigration, and he doesn't remember that or saying
22   anything about profiling"; right?
23     A.  I guess I'm not on the right page.
24     Q.  It's the back of page 5. The front page has
25   a 5 with a circle around it in the top right-hand
```

**EXHIBIT**

Page 68

```
 1     Q.  Yeah -- sixth bulleted item down, it says,
 2   "Bryson doesn't have but a few years left; stop it.
 3   Used the B" -- and then it has four lines -- "word when
 4   she was out of the room." And that is the bitch word;
 5   right?
 6     A.  I would think so.
 7     Q.  Well, certainly you would agree that Bryson
 8   Ahkeah, referring in conversations with other employees
 9   to Ms. Garcia as a bitch, is inappropriate in the
10   workplace?
11     A.  Yes.
12     Q.  I just want to make sure. Based upon your
13   investigation, Brooks' and your investigation, no
14   employee, no employee, was given any sort of
15   disciplinary action, were they?
16     A.  I can't agree with that. I will tell you
17   simply because I don't remember. I know there was some
18   discipline, but I can't remember if it was as a result
19   of this or another incident. And that discipline was --
20   there was some discipline. But I really truly do not
21   remember if it was the result of this or something else.
22   I just don't.
23     Q.  I want to make sure I understand. There was
24   some discipline given to an employee in relation to
25   allegations or complaints that Juanita Garcia brought
```

Page 69

```
 1   forward?
 2     A.  I believe so.
 3     Q.  Well, you're speculating, aren't you?
 4     A.  No. If you have the documents, you probably
 5   would have come across them. Bryson Ahkeah was
 6   disciplined for something, but I can't remember what. I
 7   just don't remember.
 8     Q.  Related to Ms. Garcia?
 9     A.  I thought so.
10     Q.  Well, I can tell you I've never seen such a
11   document. I don't know of any document existing. If
12   such a document exists, it's never been produced to me
13   by the City.
14        I just want to get back -- because you're
15   under oath here, ma'am.
16     A.  I understand.
17     Q.  Are you speculating with regards to some kind
18   of discipline coming out of any kind of investigation to
19   any complaint that Ms. Garcia ever raised?
20        MS. OLMOS: Object to the form of the
21   question.
22        MR. MOZES: You can answer.
23     A.  I know he was disciplined.
24     Q.  You don't know why?
25     A.  I can't remember why, but I thought it was as
```

Page 70

```
 1   a result of this.
 2     Q.  Why do you think that?
 3     A.  Because I can't think of another reason he
 4   would have been disciplined.
 5     Q.  Okay. Would you agree with -- ...
```