Page 58

1  that question have to do with whether he acted
2  inappropriately towards Ms. Garcia?
3      A.  I think behavior, an employee's behavior.
4      Q.  So was it your conclusion in writing this
5  report, "Hey, listen. If he didn't do it to anyone else
6  he couldn't have done it to Ms. Garcia"?
7      A.  Could you ask that again.
8      Q.  Yeah. Was it your conclusion, Mr. Hardin,
9  in writing this report that if he didn't act -- if Audie
10 Click didn't act inappropriately with respect to anyone
11 else he probably didn't act inappropriately towards
12 Ms. Garcia?
13     A.  What information I had at that -- I don't
14 feel that he did.
15     Q.  But see, I want you to answer my question.
16 My question was, did you come to the conclusion that if
17 Audie Click did not act inappropriately toward other
18 employees he probably did not act inappropriately toward
19 Ms. Garcia?
20     A.  So the question is --
21     MR. MOZES:  Can you read it back, Jeannine.
22     (Requested portion was read.)
23     A.  Based on my investigation of this particular
24 situation, I feel that Audie did not.
25     Q.  (BY MR. MOZES) Yeah. And that may be your

Page 59

1  conclusion. But was that conclusion in part based upon
2  the fact that other employees stated that Audie had not
3  acted inappropriately? That's all I'm asking.
4      MS. OLMOS:  Object to the form of the
5  question.
6      A.  From what I recall, Audie was a very
7  well-respected employee in the group. And very nice guy.
8  That was my own, you know -- that was -- that was what I
9  recall.
10     Q.  (BY MR. MOZES) Yeah. And in the context of
11 that, Audie being very well-respected and being a very
12 nice guy, you concluded he probably didn't do this,
13 right?
14     A.  I concluded that in my report.
15     Q.  Yeah. Now, and then you talk about -- you
16 spend quite a bit of time talking about a credibility
17 issue and speaking to other Ops Techs about the movement
18 of the load.
19     A.  Uh-huh.
20     Q.  That's a "yes," right?
21     A.  Yes.
22     Q.  And the fact that this credibility issue
23 arose because the load could only have been moved
24 manually, right?
25     A.  The load was moved. Correct.

Page 60

1      Q.  But it could only have been moved manually,
2  right?
3      A.  I don't know how the -- how it could have
4  been moved. I mean, manually is -- is a possibility. I
5  just know that according to what I was given on the
6  result of this particular timeframe the units were moved.
7      Q.  Okay. Now--
8      A.  I am not a plant operator.
9      Q.  Yeah.
10     A.  I don't know the equipment.
11     Q.  You're right. But I'm just going to read
12 into the record what you wrote in your report and your
13 conclusions from your report. It's the second full
14 paragraph. And where you began by writing, "Therefore,
15 the load was moved during the time that Ms. Garcia was
16 admittedly alone in the control room."
17     A.  Uh-huh.
18     Q.  That's your conclusion.
19     A.  Correct.
20     Q.  Whether you're a plant operator, whether
21 you're not a plant operator, that is your conclusion,
22 right?
23     A.  That is correct.
24     Q.  "I also confirmed my reading of the
25 generation history report with two experienced Operation

Page 61

1  Technicians who reviewed the generation history report
2  and agreed that the load was definitely manually moved,"
3  right?
4      A.  Okay. Yes.
5      Q.  "Significantly, they not only confirmed that
6  the load was manually moved, but also that the load was
7  moved in a wrong direction to maintain the specified
8  condenser hotwell temperature," right?
9      A.  Yes.
10     Q.  And so you took that information --
11     A.  Uh-huh.
12     Q.  -- the load was manually moved while
13 Ms. Garcia was there in the control room and she lied,
14 didn't she?
15     A.  According to her documents that was
16 produced, she said she did not move anything.
17     Q.  Yeah. And then this whole credibility issue
18 that you talk for -- you talk about for paragraphs in
19 your report --
20     A.  Uh-huh.
21     Q.  -- after you issued your report --
22     A.  Uh-huh.
23     Q.  -- within days you discovered that that
24 whole credibility issue that -- that you found
25 significant had no significance, right? Because you

PAUL BACA PROFESSIONAL COURT REPOR

EXHIBIT
U

bf3-e7b968fa6f4e