**Farmington Electric Utility System**  

TO:   Mike Sims, Generation and System Control Manager
      Shannon Fitzgerald, International Brotherhood of Electrical Workers, Local 611
FROM: Maude Grantham-Richards, Farmington Electric Utility Director
      Donna Brooks, Human Resources Director
DATE: September 13, 2010
SUBJECT: Investigation on Power Plant Behaviors

This investigation was initiated upon a conversation held between Juanita Garcia, FEUS Operations Technician - Trainee, Dennis Bortoski, Power Plant Maintenance Technician and IBEW Union Steward, and, Donna Brooks, HR Director for Farmington on June 15, 2010.

Ms. Garcia's complaints to Ms. Brooks were directed at unfair treatment for her as compared to other trainees, having duties that were demeaning such as cleaning bird excrement, bathrooms, floors and emptying trash. She also explained that she felt that there was racial discrimination by a co-worker due to her Spanish heritage and that foul language was often used in the work place when she was around. She also explained that the restroom door needed to be repaired and that a lock needed to be installed. Ms. Garcia had relayed a list of events that we felt required investigation.

Ms. Brooks and I met to determine a course of action. Our decision was to interview the Supervisors and Operations Technicians from Bluffview and Animas Power Plants. As we proceeded with the interviews, the list of interviewees expanded as a result of references during discussions to include most personnel from the facilities. For example, you may want to talk to so and so because s/he may have observed or heard something.

All discussions were held in confidence and away from the generation facilities.

In general, most of the responses and comments received during the twenty interviews we conducted were the same with one exception. The activities as described by Ms. Garcia either were not observed, or the employees did not remember when the specific incidences as they were brought up by Ms. Brooks.

What was supported by all the Operations Technicians was that they all had to perform the same duties as are being requested of Ms. Garcia when they were going through the training program. They also supported the idea of cleaning up the language at the power plants. It appears that in the past the use of foul language was a "right of passage" when one became the senior person; however, as some employees retired, that practice has ceased, much to the pleasure of many of those with whom we spoke. That behavior is not supported by management nor by most all the employees who find it distasteful And lastly, considering the extent of national origins working for the electric utility, neither the employees nor management will condone any type of racial discrimination either in word or action.

To ensure there is a widespread understanding of acceptable work behaviors, the Human Resources Department, in behalf of the electric utility, will engage the services of a professional to provide workplace diversity training.

1



GARCIA/COF 000852